IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOSEPH DONALD GREENE,** | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:20cv00048 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **JOSEPH ERIC ORANGE,** | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Respondent. | ) | |

Plaintiff Joseph Donald Greene, proceeding *pro se,* filed this petition for writ of habeas corpus under 28 U.S.C. § 2254. By conditional filing order entered May 28, 2020, the court advised Greene that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF No. 10.) The court warned Greene that failure to provide the court with a change of address would result in dismissal of this action. (*Id.*) On February 22, 2021, an order mailed to Greene was returned to the court as undeliverable—with no forwarding address—and indicating that he was released from incarceration on January 25, 2021. (*See* ECF No. 37.) Greene has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. Greene may refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 24th day of February, 2021.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE